**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 16 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH A. FRIEDMAN, | No. 19-16136 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-00433-MMD-WGC |
| v. | |
| NATHANIEL WOODS, Chief Psychologist at NNCC; et al., | MEMORANDUM[*] |
| Defendants-Appellees, | |
| and | |
| ISIDRO BACA, Warden; et al., | |
| Defendants. | |

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, District Judge, Presiding

Submitted December 11, 2019[**]

Before:    WALLACE, CANBY, and TASHIMA, Circuit Judges.

Nevada state prisoner Kenneth A. Friedman appeals pro se from the district

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

court's order denying his motion for a preliminary injunction in his 42 U.S.C. § 1983 action alleging various claims. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an abuse of discretion. *Jackson v. City & County of San Francisco*, 746 F.3d 953, 958 (9th Cir. 2014). We affirm.

The district court did not abuse its discretion by denying a preliminary injunction because Friedman failed to establish a relationship between the requested injunctive relief and the underlying retaliation claims in the operative complaint. *See Pac. Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 636 (9th Cir. 2015) (absent a sufficient nexus between the claims raised in a motion for injunctive relief and the claims set forth in the underlying complaint, the district court lacks authority to grant the relief requested).

**AFFIRMED.**